IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Mark Browning, | : | |
| Plaintiff | : | Civil Action 2: 04-mc-00021 |
| v. | : | Judge Sargus |
| Sears National Bank, | : | Magistrate Judge Abel |
| Defendant | : | |

### ORDER DISMISSING FOR WANT OF PROSECUTION

Petitioner has failed to respond to respondent Citybank USA's May 3, 2005 motion to dismiss.  He has also failed to respond to the Court's June 2, 2005 order that he show cause why the case should not be dismissed for failure to respond to the motion to dismiss.  Accordingly, the Clerk of Court is **DIRECTED** to enter judgment dismissing this case for want of prosecution.  Rule 41(b), Fed. R. Civ. P.  *See, Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962).  S.D. Ohio Civil Rule 55.1(b).

Edmund A. Sargus, Jr.
United States District Judge